**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Courthouse Annex
333 Constitution Ave, N.W.
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7014 3490 0001 5489 0993

PS Form 3811, July 2013  Domestic Return Receipt

---

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**

ALFRED A. ARRAJ COURTHOUSE

901-19TH ST., ROOM A105

DENVER, CO 80294-3589

**OFFICIAL BUSINESS**



7014 3490 0001 5489 0993

UNITED STATES COURTHOUSE ANNEX
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street & Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014  See Reverse for Instructions

7014 3490 0001 5489 0993